IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cr-00538-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                      ORDER

JAMES OTIS DAVIS, JR.,

     Defendant.

This matter comes before the court on Defendant's pro se motion to appoint counsel [DE 62]. On November 28, 2022, Defendant requested that the court appoint counsel to represent him in connection to his pending First Step Act motion. On March 17, 2023, Defendant received the representation of Mr. Richard Croutharmel to support his motion under the First Step Act. Accordingly, Defendant's motion [DE 62] is DENIED as MOOT.

SO ORDERED this _27th_ day of September, 2023.

_Richard E. Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE